IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSPREAY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONSOLIDATED COMMUNICATIONS<br>ENTERPRISE SERVICES, INC.,<br><br>　　　　Defendant. | No. 1:18-cv-01366-CFC<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO STAY CASE

The undersigned counsel for Plaintiff Ospreay LLC and Defendant Consolidated Communications Enterprise Services, Inc., notify this Court that the parties have reached an agreement in principle and subject to the approval of the Court, stipulate to stay this case for 30 days to allow the parties to negotiate and execute a settlement agreement.

Dated: February 24, 2019

/s/ *Stamatios Stamoulis*
STAMATIOS STAMOULIS (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Counsel for Plaintiff*
*Ospreay LLC*

Respectfully Submitted,

/s/ *Brian A. Biggs*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Counsel for Defendant Consolidated*
*Communications Enterprise Services, Inc.*

SO ORDERED this 25th day of February, 2019.

_____
U.S. District Court Judge