**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OSPREAY LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 18-01366-CFC |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| CONSOLIDATED COMMUNICATIONS ENTERPRISE SERVICES, INC., | ) ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ospreay LLC ("Ospreay") and Defendant Consolidated Communications Enterprise Services, Inc. ("CCES") hereby stipulate to dismiss all claims brought by Ospreay against CCES with prejudice. All costs and expenses relating to this litigation (including attorney fees and expenses) shall be borne solely by the party incurring the same.

Dated:  April 23, 2019

| **STAMOULIS & WEINBLATT LLC** | **DLA PIPER LLP (US)** |
|---|---|
| */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> 800 N. West Street, Third Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 999-1540 <br> stamoulis@swdelaw.com <br><br> *Counsel for Plaintiff Ospreay LLC* | */s/ Denise S. Kraft* <br> Denise S. Kraft (DE Bar No. 2778) <br> Brian A. Biggs (DE Bar No. 5591) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE  19801-1147 <br> Telephone:  302-468-5700 <br> Facsimile:  302-394-2341 <br> denise.kraft@dlapiper.com <br> brian.biggs@dlapiper.com <br><br> *Counsel for Defendant Consolidated Communications Enterprise Services, Inc.* |

SO ORDERED this ____ day of April, 2019.

_____
U.S. District Court Judge

EAST\166086608.1